IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID YEZEK and SHAWN FRAZER,

    Plaintiffs,

v.

CHP OFFICER M. MITCHELL, et al.,

    Defendants.

NO. C05-3461 TEH

ORDER GRANTING DEFENDANT CALIFORNIA HIGHWAY PATROL'S MOTION TO DISMISS

This matter comes before the Court on a motion to dismiss brought by Defendant California Highway Patrol ("CHP"), which argued that "this action against the California Highway Patrol is barred" based on sovereign immunity. Mot. at 3. On October 13, 2005, Plaintiffs filed a letter stating that they did not oppose the CHP's motion. Accordingly, based on Plaintiffs' non-opposition, the CHP's motion to dismiss is GRANTED, and Defendant CHP is dismissed from this action.

**IT IS SO ORDERED.**

DATED   10/19/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT