IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID YEZEK and SHAWN FRAZER,

            Plaintiffs,

v.

CHP OFFICER M. MITCHELL, et al.,

            Defendants.

NO. C05-3461 TEH

<u>ORDER EXTENDING FACT DISCOVERY AND MOTION FILING DEADLINES AND VACATING TRIAL DATE</u>

The Court is in receipt of the parties' stipulation to extend the fact discovery and motion filing deadlines by approximately thirty days. The Court does not have any opposition to extending such deadlines, but doing so also requires vacating the trial date to allow adequate time for the Court to rule on any dispositive motions before trial. Accordingly, IT IS HEREBY ORDERED that:

    1. Pursuant to the parties' stipulation, the fact discovery cutoff date is continued from July 24, 2006, to **August 25, 2006,** and the dispositive motion filing deadline is continued from August 14, 2006, to **September 15, 2006.**

    2. The trial date, pretrial conference date, and related deadlines are VACATED.

    3. The parties shall appear for a further case management conference on **Monday, August 28, 2006, at 1:30 PM** to set new trial dates. The parties shall meet and confer and file a joint case management statement on or before **August 21, 2006.**

**IT IS SO ORDERED.**

Dated: 07/24/06

                                                              
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT