IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID YEZEK and SHAWN FRAZIER,

          Plaintiffs,

          v.

CHP OFFICER M. MITCHELL, et al.,

          Defendants.

NO. C-05-03461 TEH

ORDER RESETTING HEARING

      Hearing on Defendant's Motion for Summary Judgment is currently set for December 4, 2006.

      To accommodate the Court's calendar, hearing on the motion is reset for December 18, 2006, at 1:30 p.m..

**IT IS SO ORDERED.**

DATED: November 17, 2006

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT