IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID YEZEK and SHAWN FRAZIER,

        Plaintiffs,

        v.

CHP OFFICER M. MITCHELL, et al.,

        Defendants.

NO. C-05-03461 TEH

ORDER

      Hearing on Defendant's Motion for Summary Judgment is currently set for December 18, 2006, at 1:30 p.m.

      The parties should be prepared to address the following cases at oral argument: *Bingham v. City of Manhattan Beach*, 931 F.3d 939 (9th Cir. 2003); *Pierce v. Multnomah County*, 76 F.3d 1032, 1038 (9th Cir. 1996); *United States v. Chavez Valenzuela,* 268 F.3d 719, 722, 728 (9th Cir. 2001)*;  United States v. Holt*, 264 F.3d 1215, 1230 (10th Cir. 2001); *United States v. Childs*  277 F.3d 947, 952 (7th Cir. 2002);  *Valance v. Wisel*, 110 F.3d 1269, 1281 (7th Cir. 2001);  *United States v. Turvin*, 442 F.Supp.2d 796 (D. Alaska 2006).

**IT IS SO ORDERED.**

DATED:  December 11, 2006

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT